IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00252-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WIMEL ISAAC DASILVA,

    Defendant.

ORDER

This matter comes before the court on the United States' motion to seal [DE 10]. For good cause shown, the motion is GRANTED. The Clerk of Court is directed to maintain Docket Entry 9 under seal pending further order of the court. The Clerk is further directed to provide a filed copy of Docket Entry 9 and the court's order addressing that Docket Entry to the United States Attorney's Office and counsel for the Defendant.

SO ORDERED this 8th day of October, 2024.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE